ACCEPTED
04-15-00066-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/12/2015 4:41:36 PM
KEITH HOTTLE
CLERK



P. MICHAEL JUNG
michael.jung@strasburger.com
Direct Telephone: 214-651-4724
Direct Telecopy: 214-659-4022

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

02/12/2015 4:41:36 PM

KEITH E. HOTTLE
Clerk

February 12, 2015

Hon. Keith Hottle                                                   **(via electronic filing)**
Clerk, Court of Appeals for the Fourth District of Texas
600 Commerce Street
Dallas, Texas 75202

> **Re:** ***ConocoPhillips Co. v. Vaquillas Unproven Minerals, Ltd.***
> **No. 04-15-00066-CV**

Dear Mr. Hottle:

By way of correction to the petitioner's docketing statement, filed today, please note that the undersigned's first initial is "P.," rather than the "A." shown on the docketing statement.

Yours truly,

*/s/ P. Michael Jung*

P. MICHAEL JUNG

cc:    Michael V. Powell, Esq.
       Cynthia K. Timms, Esq.
       Adolfo Campero, Esq.
       W. Gregg Owens, Esq.
       John R. Hays, Esq.
       Raul Leal, Esq.

**Strasburger & Price, LLP**

901 Main Street, Suite 4400  •  Dallas, Texas 75202.3794  •  214.651.4300 tel  •  214.651.4330 fax  •  www.strasburger.com

Austin • Collin County • Dallas • Houston • San Antonio • New York, N.Y. • Washington, D.C. • Strasburger & Price, SC - Mexico City